IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR B. BOUDIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 07-0891-WS-M |
| | ) |
| FREEMONT INVESTMENT | ) |
| & LOAN, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action comes before the Court on the Joint Notice of Dismissal (doc. 21) signed by all parties by and through their respective counsel. In accordance with that Stipulation, it is **ordered** that this action is **dismissed with prejudice**, each party to bear his or its own costs and fees.

DONE and ORDERED this 17th day of September, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE